# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

ERIC WASHINGTON                                                        PLAINTIFF

V.                      2:11CV00209 SWW/JTR

TOMMIE G. LOVIN,
Jail Administrator, Monroe County Jail                          DEFENDANT

## ORDER OF DISMISSAL

The parties in this *pro se* § 1983 action have filed a Joint Motion stating that Plaintiff wishes to voluntarily dismiss this case, with prejudice. *See* docket entry #9. The Court finds good cause for granting the request.

IT IS THEREFORE ORDERED THAT:

1. The Joint Motion for Voluntary Dismissal (docket entry #9) is GRANTED, and this case is DISMISSED, WITH PREJUDICE.

2. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order of Dismissal would not be taken in good faith.

Dated this 19th day of January, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE